**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 10-55752 |
| | : | |
| BENEZE, DWAYNE A. | : | Chapter 7 |
| BENEZE, STACEY M. | : | |
| Debtor. | : | Judge Charles M. Caldwell |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $6.64 represents the total sum of unclaimed and small dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and address(es) of the party(ies) entitled to those unclaimed dividends is(are) as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Chase Bank USA, N.A.<br>c/o Creditors Bankruptcy Service<br>PO Box 740933<br>Dallas, TX  75374 | 4 | $1.78 |
| GE Money Bank<br>c/o Recovery Management Systems Corp.<br>25 SE 2md Ave., Suite 1120<br>Miami, FL  33131-1605 | 5 | 4.86 |

| | |
|---|---|
| Total Unclaimed/Small<br>Dividends $25.00 or Under | Total Unclaimed Dividends<br>Over $25.00 |
| $6.64 | $_____ |

| | |
|---|---|
| Dated:  May 4, 2011 | /s/ David M. Whittaker<br>David M. Whittaker, Trustee   (0019307)<br>BRICKER & ECKLER LLP<br>100 South Third Street<br>Columbus, OH  43215<br>Phone:  (614) 227-2355<br>Fax:  (614) 227-2390<br>Email:  dwhittaker@bricker.com |

cc:     United States Trustee

4543188v1

| | | |
|---|---|---|
| REMITTED TO COURT | **BANK OF AMERICA, N.A.** | CHECK NUMBER |
| DAVID M. WHITTAKER, CH 7 TRUSTEE<br>100 SOUTH THIRD STREET<br>COLUMBUS, OH 43215 | 32-1/1110 TX<br>0 | **116** |
| | DATE | AMOUNT |
| | 05/04/11 | ***********6.64 |

**2496242**

PAY TO THE ORDER OF

Clerk, United States Bankruptcy Court

| CASE NUMBER | ESTATE OF |
|---|---|
| 10-55752    CMC | Debtor: BENEZE, DWAYNE A.<br>Joint Debtor: BENEZE, STACEY M. |

*Six Dollars And 64/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
**THIS CHECK VOID AFTER 90 DAYS**

⑈000116⑈ ⑆111000012⑆ 4437791195⑈

| Date: 05/04/11 | Check Number:  116 | Amount:    6.64 |
|---|---|---|
| Case Number:  10-55752    CMC<br>Debtor Name:  BENEZE, DWAYNE A. | | |
| Paid To:   Clerk, United States Bankruptcy Court | Trustee:   DAVID M. WHITTAKER, CH 7 TRUSTEE<br>100 SOUTH THIRD STREET<br>COLUMBUS, OH  43215 | |
| Description:   REMITTED TO COURT | | |
| Bank Account Number:  4437791195 | | |